**Order entered November 19, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00974-CV

## IN RE MATHESON TRI-GAS, INC., Relator

**Original Proceeding from the 95th District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-14572**

## ORDER
Before Justices Whitehill, Pedersen, III, and Carlyle

Based on the Court's opinion of this date, we **DENY** relator's petition for

writ of mandamus, and **DENY** the motion for emergency stay as moot.

/s/    BILL WHITEHILL
        JUSTICE